UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:20-CV-00327-FDW-DSC

| | |
|---|---|
| MICHAEL A. KELLY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| ANDREW M. SAUL, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court on Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure (document #12).

For the reasons stated therein, it is **ORDERED** that Plaintiff's Motion to Dismiss (document #12) is **GRANTED**, and this civil action is hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**SO ORDERED**.

Signed: July 19, 2021

Frank D. Whitney
United States District Judge